1          UNITED STATES DISTRICT COURT
2           DISTRICT OF PUERTO RICO

3  SYLVIA DIFFENDERFER and
4  ROBERT MCCARROLL, on behalf
5  of themselves and as                Civil No. 08-1918 (DRD)
6  representatives of the class
7  herein defined,

8       Plaintiffs,

9       v.

10  RAMON E. GOMEZ-COLON,
11  President of the State Electoral
12  Commission of Puerto Rico, et
13  al.,

14       Defendants.

15                    **ORDER TO SHOW CAUSE**
16
17       A Hearing will be held on **August 27, 2008, at 9:00 A.M.**, where

18  Defendants will show cause as to why the remedy prayed for in the

19  Complaint should not be granted.

20       The court expects to hear and receive all the available

21  testimonial and documentary evidence, including any relevant testimony

22  by Defendants.  The court will also look into any other Federal remedy

23  available aside from those specifically pled, under principles of

24  notice pleading, including relief under the Voting Rights Act.

25       Briefs shall be filed **by not later than 4:00 P.M. on August 26,**

26  **2008.** This Order will be served to Defendants under Fed. R. Civ. P. 4.

27       **IT IS SO ORDERED.**

28       San Juan, Puerto Rico, this 20th day of August, 2008.

29                                    S/José Antonio Fusté
30                                    JOSE ANTONIO FUSTE
31                                 Chief U. S. District Judge