# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SYLVIA DIFFENDRFER, ET AL

                                                CIVIL NO.  08-1918 (DRD)

      Plaintiff,

          v.

RAMÓN E. GÓMEZ-COLÓN EL AL

      Defendant

_____

## INFORMATIVE MOTION

**TO THE HONORABLE COURT**:

COMES NOW defendant, Ramón E. Gómez Colón, and respectfully informs:

1.   A  Brief was filed today.

2.   By mistake the Brief was dated August 27, 2008 when it should have been dated  August 26, 2008.

3.   By mistake the Brief indicates the civil number as being 05-2244 instead of the correct number of this case which is 08-1918.

4.   The Brief was correctly filed in civil 08-1918.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on August 26, 2008

I hereby certify that on August 26,2008, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to Claudio Aliff

Ortiz, Michael C. McCall and Simone Cataldi Malpica, counsel for plaintiffs.

/s/Noel S. González Miranda
Noel S. González Miranda
USDC-PR 114108
Counsel for Ramón E. Gómez Colòn, defendant.
**González Miranda & González Abella P.S.C.**
Midtown Building, Suite 904
421 Muñoz Rivera Avenue
San Juan, P.R. 00918
Tel. (787) 767-9494, Fax (787) 281-6585
e-mail ngm@gmgalaw.com