**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**MINUTES OF PROCEEDINGS**

**HONORABLE CHIEF JUDGE JOSE A. FUSTE**

**COURTROOM DEPUTY:** Franchesca Torres
                    Gladys Romañach         **DATE:** August 27, 2008

**COURT REPORTER:**   Amy Walker            **CV. NO. 08-1918 (JAF)**

| | |
|---|---|
| SYLVIA DIFFENDERFER, ET AL., | Attorneys:<br>Eliezer Aldarondo-Ortiz, Esq.<br>Claudio Aliff, Esq.<br>Michael McCall, Esq.<br>Sheila Torres, Esq.<br>Eliezer Aldarondo-Lopez, Esq. |
| v. | |
| RAMON E. GOMEZ-COLON, ET AL., | Jorge Martinez-Luciano, Esq.<br>Emil Rodriguez, Esq.<br>Carmen E. Torres, Esq.<br>Noel Gonzalez, Esq.<br>Juan J. Nolla, Esq. |

Case called for SHOW CAUSE HEARING.

Testimony on behalf of plaintiffs by Atty. Jose E. Melendez, Sylvia A. Diffenderfer, William Robert McCarroll heard.   Plaintiffs rest.

The testimonies of defendants' witnesses, Nestor Colon (assisted by interpreter Lauren Garcia), Jose Torres and Angel Figueroa are heard.   Defendants rest.

After hearing the testimonies and reviewing the evidence presented, the Court orders that the ballots be printed in both the Spanish and English languages and that the printer receive all the art and resizing instructions before September 6, 2008.  Additionally, the printer will be ready to start early in the morning on  September 6, 2008 the printing process.  Defendants will bear the additional costs of printing.

  S/ Franchesca Torres                    s/Gladys Romañach
  Franchesca Torres                       Gladys Romañach
  Courtroom Deputy Clerk                  Courtroom Deputy Clerk

Plaintiffs' Exhs. 1-3,4A,4B,4C,5A,5B,5C,6A,6B,6C,7A,7B,7C, admitted.
Defendants' Exhs. A and B, admitted.