IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SYLVIA DIFFENDERFER; ROBERT McCARROLL, Plaintiffs on behalf of themselves and as representatives of the class herein defined<br><br>Plaintiffs<br><br>V.S.<br><br>RAMÓN E. GÓMEZ-COLÓN, individually and in his official capacity as President of the State Election Commission of the Commonwealth of Puerto Rico; GERARDO A. CRUZ-MALDONADO, individually and in his official capacity as Electoral Commissioner of the Popular Democratic Party; JUAN DALMAU-RODRÍGUEZ; individually and in his official capacity as Electoral Commissioner of the Puerto Rican Independence Party; NELSON ROSARIO-RODRÍGUEZ, individually and in his official capacity as Electoral Commissioner of the Puerto Ricans for Puerto Rico Party; EDWIN MUNDO-RÍOS, individually and in his official capacity as Electoral Commissioner of the New Progressive Party; WALTER VÉLEZ-RODRÍGUEZ, individually and in his official capacity as Secretary of the State Election Commission of the Commonwealth of Puerto Rico; THE JOHN DOE DEFENDANTS, a fictions name for defendants whose identity is unknown at this time<br><br>Defendants | CIVIL CASE NO.: 08-1918 (JAF)<br><br><br><br><br><br><br><br><br><br>VOTING RIGHTS |

## NOTICE OF INTERLOCUTORY APPEAL

TO THE HONORABLE COURT:

    **COMES NOW** co-defendant Gerardo A. Cruz-Maldonado, through the undersigned counsels and very respectfully **SETS FORTH** and **PRAYS**:

    Notice is given that co-defendant Gerardo A. Cruz-Maldonado hereby appeals before the United States Court of Appeals for the First Circuit, from the injunction entered by this Honorable Court, in open court, on August 27, 2008. See Docket Number 33.

    The aforementioned order is immediately appealable as per 28 U.S.C. § 1292(a)(1), which allows immediate review of orders "granting, continuing, modifying, refusing or

dissolving injunctions, or refusing to dissolve or modify injunctions". The First Circuit does not require an order granting an injunction to be labeled as such before assuming jurisdiction under § 1292(a)(1). See e.g. Rosselló-González v. Calderón-Serra, 398 F.3d 1, 14 n. 27 (1st Cir. 2004).

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record, to their registered e-mail addresses. Any non-registered attorneys and/or parties will be served via regular mail.

In San Juan, Puerto Rico this 28th day of August, 2008.

RESPECTFULLY SUBMITTED,

**LAW OFFICES OF PEDRO ORTIZ ÁLVAREZ, PSC**
P.O. Box 9009
Ponce, Puerto Rico 00732
Tel (787) 841-7575
Fax (787) 841-0000

*S/Jorge Martínez Luciano*
**JORGE MARTINEZ LUCIANO**
USDC-PR Number 216312
e-mail: squalus@rocketmail.com

*S/Emil Rodríguez Escudero*
**EMIL RODRÍGUEZ ESCUDERO**
USDC-PR Number 224312
e-mail: emil@poapr.com

*S/ Carmen Edith Torres Rodríguez*
**CARMEN EDITH TORRES RODRÍGUEZ**
USDC-PR Number 222313
e-mail: ctorres@poapr.com