```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO

SYLVIA DIFFENDERFER,
et al.,
                                        Civil No. 08-1918 (JAF)
     Plaintiffs,

     v.

RAMÓN E. GÓMEZ-COLÓN,
et al.,

     Defendants.
```

**<u>Supplement to Opinion and Order</u>**

The attached documents are certified translations of the ballot instructions submitted as Plaintiffs' exhibits 5A, 5B, and 5C. They supplement our Opinion and Order of today. See Docket No. 49, page 22.

San Juan, Puerto Rico, this 2nd day of September, 2008.

                                          S/José Antonio Fusté
                                          JOSE ANTONIO FUSTE
                                          Chief U.S. District Judge