# United States Court of Appeals
## For the First Circuit

No. 08-2107

↓

#35

SYLVIA DIFFENDERFER, ET AL.,

Plaintiffs, Appellees,

v.

GERARDO CRUZ-MALDONADO,

Defendant, Appellant,

RAMON E. GÓMEZ-COLÓN, ET AL.,

Defendants.

08-1918 (JAF)

Before

Lynch, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: September 4, 2008

In their response to appellant's motion for a stay pending appeal, plaintiffs have moved to dismiss the appeal on the ground that Gerardo Cruz-Maldonado, the only party who has filed a notice of appeal, lacks standing to appeal from the district court's order.  We agree.  As a single member of the Commission, Commissioner Cruz-Maldonado has no personal stake in the outcome and no damages were awarded against him.  He therefore lacks standing to appeal, and we lack jurisdiction in this case.  <u>See</u> <u>Bender</u> v. <u>Williamsport Area School District</u>, 475 U.S. 534, 543 (1986).

<u>Dismissed</u>.  1st Cir. R. 27.0(c).

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Juan Jose Nolla-Acosta, Noel Gonzalez-Miranda, Michael C. McCall, Emil J. Rodriguez-Escudero, Jorge Martinez-Luciano, Simone Cataldi-Malpica, Eliezer Aldarondo-Ortiz, Claudio Aliff-Ortiz, Sheila J. Torres-Delgado, Ivan M. Castro-Ortiz, Carmen E. Torres-Rodriguez