IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SYLVIA DIFFENDERFER; ROBERT McCARROLL**, Plaintiffs on behalf of themselves and as representatives of the class herein defined<br><br>Plaintiffs<br><br>V.S.<br><br>**RAMÓN E. GÓMEZ-COLÓN,** individually and in his official capacity as President of the State Election Commission of the Commonwealth of Puerto Rico; **GERARDO A. CRUZ-MALDONADO**, individually and in his official capacity as Electoral Commissioner of the Popular Democratic Party; **JUAN DALMAU-RODRÍGUEZ**; individually and in his official capacity as Electoral Commissioner of the Puerto Rican Independence Party; **NELSON ROSARIO-RODRÍGUEZ**, individually and in his official capacity as Electoral Commissioner of the Puerto Ricans for Puerto Rico Party; **EDWIN MUNDO-RÍOS**, individually and in his official capacity as Electoral Commissioner of the New Progressive Party; **WALTER VÉLEZ-RODRÍGUEZ**, individually and in his official capacity as Secretary of the State Election Commission of the Commonwealth of Puerto Rico; **THE JOHN DOE DEFENDANTS**, a fictions name for defendants whose identity is unknown at this time<br><br>Defendants | CIVIL CASE NO.: 08-1918 (JAF)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**VOTING RIGHTS** |

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

**COME NOW** co-defendants Ramón E. Gómez Colón and Walter Vélez-Rodríguez, through the undersigned counsel and very respectfully **SET FORTH** and **PRAY:**

Notice is hereby given that the appearing party hereby appeals before the United States Court of Appeals for the First Circuit, from the injunction entered by this Honorable Court, in open court, on August 27, 2008 and of the Court's Opinion & Order dated September 2, 2008 stating the reasons for said injunction.  See Dockets Numbers 33 and 49.

The aforementioned order is immediately appealable as per 28 U.S.C. § 1292(a)(1), which allows immediate review of orders "granting, continuing, modifying, refusing or dissolving injunctions, or refusing to dissolve or modify injunctions".  While the September 2 Opinion & Order purported to resolve the complete case on the merits, but was not accompanied by a separate entry of judgment as per Rule 58 of the Federal Rules of Civil Procedure.  Once a final judgment is formally entered, an amended notice of appeal as per 28 U.S.C. § 1291 will follow.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record, to their registered e-mail addresses.  Any non-registered attorneys and/or parties will be served via regular mail.

In San Juan, Puerto Rico, this 5$^{th}$day of September, 2008.

**RESPECTFULLY SUBMITTED,**

**WALKER MERINO LAW OFFICE**
P.O. Box 9023550
San Juan, Puerto Rico 00902-3550
Tel. (787) 529-9923
Fax (787) 725-2068

S/ *Ramon L. Walker Merino*
**RAMON L. WALKER MERINO**
USDC-PR Number 121907
e-mail: walker-merino@msn.com

S/Noel S. González Miranda
**NOEL S. GONZÁLEZ MIRANDA**
USDC-PR 114108
Counsel for Ramón E. Gómez Colòn, defendant.
**González Miranda & González Abella P.S.C.**
Midtown Building, Suite 904
421 Muñoz Rivera Avenue
San Juan, P.R. 00918
Tel. (787) 767-9494, Fax (787) 281-6585
e-mail ngm@gmgalaw.com
