```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO

SYLVIA DIFFENDERFER, et al.,

    Plaintiffs,
                                        Civil No. 08-1918 (JAF)
    v.

RAMON E. GÓMEZ-COLÓN, et al.,

    Defendants.
```

**O R D E R**

In a hearing held September 10, 2008, counsel for Plaintiffs and for Defendant Walter Vélez Rodriguez, the Secretary of the State Electoral Commission of the Commonwealth of Puerto Rico, accepted a version of the ballots previously agreed upon by the parties. The parties submitted these ballots as exhibits at the hearing. We accept these translations, with a few minor corrections.

We hereby **ORDER** the State Electoral Commission to print the ballots exactly as agreed upon in the hearing of September 10, 2008, with the following corrections:

    (1) On the Governor/Resident Commissioner ballot, in the Write-In column, the word "elector" should be changed to "voter."

    (2) On the municipal ballot, in the Write-In column, the word "elector" should be changed to "voter," and in the Independent Candidates column, the phrase "that want" should be changed to "who wants."

    (3) On the legislative ballot, in the Write-In column, the word "elector" should be changed to "voter," and in the

Civil No. 08-1918 (JAF)                                                  -2-

1           Independent Candidates column, the phrase "that want"
2           should be changed to "who wants."
3      **IT IS SO ORDERED.**
4      San Juan, Puerto Rico, this 10th day of September, 2008.
5                                      S/José Antonio Fusté
6                                      JOSE ANTONIO FUSTE
7                                      Chief U.S. District Judge