1                           UNITED STATES DISTRICT COURT
2                            DISTRICT OF PUERTO RICO

3   SYLVIA DIFFENDERFER and
4   ROBERT MCCARROLL, on behalf
5   of themselves and as                Civil No. 08-1918 (JAF)
6   representatives of the class
7   herein defined,

8         Plaintiffs,

9         v.

10  RAMON E. GOMEZ-COLON,
11  President of the State Electoral
12  Commission of Puerto Rico, et
13  al.,

14        Defendants.

15  _____     **J U D G M E N T**

16
17        Judgment is entered in favor of Plaintiffs and against Defendants

18  as outlined in Docket Document Nos. 49, 52, 71, and 72.

19        San Juan, Puerto Rico, this 18th day of September, 2008.

20                                      S/José Antonio Fusté
21                                      JOSE ANTONIO FUSTE
22                                      Chief U. S. District Judge