UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

SYLVIA DIFFENDERFER, et al.,

　　Plaintiffs,

　　v.

RAMON E. GÓMEZ-COLÓN, et al.,

　　Defendants.

Civil No. 08-1918 (JAF)

**NOTICE TO LITIGANTS**

The court has found a U.S. Department of Justice release dated September 22, 2008, where the details of a settlement with the Commonwealth of Massachusetts is memorialized.

Under the agreement, voting ballots will be provided in Spanish for Puerto Rican voters who are limited in English-language proficiency.

This interesting development is called to counsel's attention as a matter of continued professional interest.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 24th day of September, 2008.

　　　　　　　　　　　　　　　　　　　S/José Antonio Fusté
　　　　　　　　　　　　　　　　　　　JOSE ANTONIO FUSTE
　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge