# MANDATE United States Court of Appeals
## For the First Circuit

No. 08-2107

SYLVIA DIFFENDERFER, ET AL.,

Plaintiffs, Appellees,

v.

GERARDO CRUZ-MALDONADO,

Defendant, Appellant,

RAMON E. GÓMEZ-COLÓN, ET AL.,

Defendants.

Before

Lynch, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: September 4, 2008

~~In their response to appellant's motion for a stay pending~~ appeal, plaintiffs have moved to dismiss the appeal on the ground that Gerardo Cruz-Maldonado, the only party who has filed a notice of appeal, lacks standing to appeal from the district court's order. We agree. As a single member of the Commission, Commissioner Cruz-Maldonado has no personal stake in the outcome and no damages were awarded against him. He therefore lacks standing to appeal, and we lack jurisdiction in this case. See Bender v. Williamsport Area School District, 475 U.S. 534, 543 (1986).

Dismissed. 1st Cir. R. 27.0(c).

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Juan Jose Nolla-Acosta, Noel Gonzalez-Miranda, Michael C. McCall, Emil J. Rodriguez-Escudero, Jorge Martinez-Luciano, Simone Cataldi-Malpica, Eliezer Aldarondo-Ortiz, Claudio Aliff-Ortiz, Sheila J. Torres-Delgado, Ivan M. Castro-Ortiz, Carmen E. Torres-Rodriguez

---

*Handwritten annotations:*
- 08-01918 USDC PR Fuste, J.
- 08-1918 (JAF)
- #35
- Certified and Issued as Mandate under Fed. R. App. P. 41. Richard Cushing Donovan, Clerk / Deputy Clerk. Date: 11/6/08
- RECEIVED & FILED 2008 NOV -7 PM 3:13 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
- NOTE: Record retained for USCA #08-2139 (NOA #57, 83).