## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SYLVIA DIFFENDERFER,<br>ROBERT McCARROLL,<br>*Plaintiffs, on behalf of themselves and as representative the class herein defined*<br><br>vs.<br><br>RAMON E. GOMEZ-COLON, individually and in his official capacity as President of the State Electoral Commission of the Commonwealth of Puerto Rico; GERARDO A. CRUZ-MALDONADO, individually and in his official capacity as Electoral Commissioner of the Popular Democratic Party; JUAN DALMAU-RODRIGUEZ, individually and in his official capacity as Electoral Commissioner of the Puerto Rican Independence Party; NELSON ROSARIO-RODRIGUEZ, individually and in his official capacity as Electoral Commissioner of the Puerto Ricans for Puerto Rico Party; EDWIN MUNDO-RIOS, in his official capacity as Electoral Commissioner of the New Progressive Party; WALTER VELEZ-RODRIGUEZ, in his official capacity as Secretary of the State Electoral Commission of the Commonwealth of Puerto Rico; THE JOHN DOE DEFENDANTS, a fictitious name for defendants whose identity is unknown at this time | Civil No. 08-1918 (JAF)<br><br>CLASS ACTION FOR:<br>CIVIL RIGHTS,<br>DECLARATORY JUDGMENT,<br>INJUNCTIVE RELIEF, AND<br>NOMINAL DAMAGES |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that, pursuant to 28 U.S.C. § 1291, appellant **Ramón E. Gómez-Colón** hereby timely appeals to the United States Court of Appeals for the First Circuit from the

Opinion and Order entered by the U.S. District Court for the District of Puerto Rico (Hon. José A. Fusté) on April 1, 2009 (Docket No. 100), which ordered Ramón E. Gómez-Colón to pay for plaintiffs' attorneys' fees, and from the Opinion and Order dated April 24, 2009 (Docket No. 107) in partial reconsideration of the Court's April 1, 2009 Opinion and Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of April, 2009.

I HEREBY certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record: Eliezer Alberto Aldarondo-López, Juan Jose Nolla-Acosta, and Jorge Martinez-Luciano.

COUNSEL FOR RAMÓN E. GÓMEZ COLÒN:

 /s/ Noel S. González-Miranda
Noel S. González-Miranda
USDC-PR # 114108
González Miranda & González Abella PSC
Midtown Bldg., Suite 904
421 Muñoz Rivera Ave
San Juan, PR 00918
E-mail: NGM@gmgalaw.com
Tel: 787-767-9494 / Fax: 787-281-6585