## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| SYLVIA DIFFENDERFER, ROBERT McCARROLL, *Plaintiffs, on behalf of themselves and as representatives of the class herein defined* vs. RAMON E. GOMEZ-COLON, individually and in his official capacity as President of the State Electoral Commission of the Commonwealth of Puerto Rico. *Defendants* | Civil No: 08-1918   ( JAF ) CLASS ACTION FOR: CIVIL RIGHTS, DECLARATORY JUDGMENT, INJUNCTIVE RELIEF, AND NOMINAL DAMAGES |

### NOTICE OF APPEAL[1]

**TO THE HONORABLE COURT:**

   **COME NOW** the plaintiffs, Silvia Diffenderfer, Robert McCarroll, and the class they represent, through the undersigned counsel, and very respectfully **SET FORTH** and **PRAY**:

   Notice is hereby given that, pursuant to 28 U.S.C. § 1291, the appearing plaintiffs appeal to the U.S. Court of Appeals for the First Circuit from the following:

   1.   The Court's April, 1 2009 *Opinion and Order* (Dkt. Doc. #100) granting in part Plaintiffs *Motion for Attorney Fees* (Dock. Doc. #81).

   2.   The Court's April 24, 2009 *Opinion & Order* (Dkt. Doc. #107) denying in part Plaintiffs *Motion for Reconsideration* (Dkt. Doc. #103).

---

[1] This is actually a cross-appeal.  See Dkt. Doc. No. 108.

**IT IS HEREBY CERTIFIED** that this document has been filed with the Court's CM/ECF System, which will serve notice on all counsels of record, to their e-mail addresses of record.

Respectfully submitted in Guaynabo, Puerto Rico this May 7th, 2009.

**ALDARONDO & LÓPEZ BRAS, P.S.C.**
Attorneys for Defendants
ALB Plaza, Suite 400
#16 Carr.199
Guaynabo, P.R. 00969
Tel. (787) 474-5447 / Fax. (787) 474-5451
e-mail: alb@alblegal.net

*s/Eliezer A. Aldarondo-López*
**ELIEZER A. ALDARONDO-LÓPEZ**
**USDCPR 225906**